**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 3:08CV00001 JLH

FLOYD CROCKETT; PATSY J. YATES;
HARRELL G. MAYS; JENNA MAYS;
JOHN ROBERT SMOOT; GLENDA SMOOT;
and J.D. YATES                                                                                          DEFENDANTS

**O R D E R**

The Court's attention has been directed to the fact that separate defendant JENNA MAYS herein is presently proceeding *pro se*.

The purpose of this Order is to direct defendant's attention to the fact that she is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply <u>may</u> result in default judgment being entered against her.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the U.S. District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant JENNA MAYS by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 26th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE