## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

V.                      **CASE NO.: 3:08-CV-00001 JLH**

**FLOYD CROCKETT and Spouse, If Any;
PATSY J. (CROCKETT) YATES and
Her Spouse, If Any; HARRELL G. MAYS
and JENNA MAYS, Husband and Wife;
and JOHN ROBERT SMOOT and
GLENDA SMOOT, Husband and Wife**                            **DEFENDANTS**

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on June 13, 2008. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Craighead County, Arkansas, for four consecutive weeks, the last publication being on August 19, 2008, and that the said sale was held at the Craighead County Courthouse, Jonesboro, Arkansas, on September 3, 2008, at 9:00 a.m., in conformity with the judgment of this Court. At such sale Harrell G. Mays and Jenna Mays bid the sum of $22,001.00, and that being the highest and best bid offered, the property was then sold to Harrell G. Mays and Jenna Mays.

**IT IS, THEREFORE, ORDERED** that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the

Court, and the purchase price of $22,001.00, shall be paid to the United States of America, and the Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $45.00 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchasers Harrell G. Mays and Jenna Mays in possession of the property.

DATED: September 22, 2208

                                                UNITED STATES DISTRICT JUDGE