IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

V.            CASE NO.: 3:08-CV-00001 BSM

FLOYD CROCKETT and Spouse, If Any;
PATSY J. (CROCKETT) YATES and
Her Spouse, If Any; HARRELL G. MAYS
and JENNA MAYS, Husband and Wife;
and JOHN ROBERT SMOOT and
GLENDA SMOOT, Husband and Wife            DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Harrell G. Mays and Jenna Mays, husband and wife, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: September 22, 2008

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE