IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

V.            CASE NO.: 3:08-CV-00001 BSM

FLOYD CROCKETT and Spouse, If Any;
PATSY J. (CROCKETT) YATES and
Her Spouse, If Any; HARRELL G. MAYS
and JENNA MAYS, Husband and Wife;
and JOHN ROBERT SMOOT and
GLENDA SMOOT, Husband and Wife            DEFENDANTS

## ORDER OF DISTRIBUTION

On September 3, 2008, at 9:00 a.m., at the East Front door of the Craighead County Courthouse, Jonesboro, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on June 13, 2008. At such sale, Harrell G. Mays and Jenna Mays, was the highest and best bidder for the property, and the property was then sold to the said Harrell G. Mays and Jenna Mays.

The United States Marshal received checks totaling $22,001.00, from Harrell G. Mays and Jenna Mays for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Farm Service Agency, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

DATED: September 22, 2008

_____
UNITED STATES DISTRICT JUDGE